Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Avrohom Schwebel | CASE NO.: 09–20006–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–1663 | CHAPTER: 7 |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 118, White Plains Office, 300 Quarropas Street, White Plains, NY 10601

on 11/13/09 at 10:00 AM

to consider and act upon the following:

*13* – Reaffirmation Agreement Between Debtor and American Honda Finance Corp., With Signed Attorney Affidavit filed by Mark A. Frankel on behalf of Avrohom Schwebel. (Andino, Eddie)

Dated: October 30, 2009

                                                    Vito Genna
                                                  Clerk, U.S. Bankruptcy Court