Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Avrohom Schwebel | CASE NO.: 09–20006–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–1663 | CHAPTER: 7 |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 118, White Plains Office, 300 Quarropas Street, White Plains, NY 10601

on 1/12/10 at 10:00 AM

to consider and act upon the following:

*13* – PLEASE NOTE THAT 1/12/2010 IS THE ADJOURNED HEARING DATE. Debtor and Debtor's counsel are required to attend. Reaffirmation Agreement Between Debtor and American Honda Finance Corp., With Signed Attorney Affidavit filed by Mark A. Frankel on behalf of Avrohom Schwebel. (Andino, Eddie) Modified on 11/14/2009 (Brundage, Laura).

Dated: November 14, 2009

                                                            Vito Genna
                                                           Clerk, U.S. Bankruptcy Court